UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DONALD W JOHNSON | § | Case Number: 16-81278 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

The undersigned certifies that on __August 25__, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jeffry A Dahlberg
5130 North Second Street
Loves Park, IL 61111-5222

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

                                                  /s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Stillman BancCorp N.A.
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

BANK OF AMERICA
PO BOX 982238
EL PASO, TX 79998-2238

Chase Card
P.o. Box 15298
Wilmington, DE 19850-5298

Creditors' Protection Service
308 W State St Suite 485
P.O. Box 4115
Rockford, IL 61110-0615

Mildred Johnson
6118 Boxwood, #2
Rockford, IL 61114-6580

Rockford Health Physicians
2300 N. Rockton Avenue
Rockford, IL 61103-3619

Rockford Health System
Medical Laboratories
2400 N Rockton Ave
Rockford, IL 61103-3655

Rockford Health Systems
Rockford Memorial Hospital
2400 N. Rockton Avenue
Rockford, IL 61103-3681

Rockford Mercantile Agency Inc
2502 S. Alpine Road
Rockford, IL 61108-7813

Rockford Municipal Employees CU
634 N Church St
Rockford, IL 61103-6915

Stellar Recovery
1327 US Hwy 2 W Suite 100
Kalispell, MT 59901-3413

Stillman Valley Bank
101 E. Main Street
P.O. Box 150
Stillman Valley, IL 61084-0150

Suncoast Credit Union
6801 E. Hillsborough Avneue
Tampa, FL 33610-4197

Donald W. Johnson
3210 East State Street, #1
Rockford, IL 61108-1868