# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: JOHNSON, DONALD W.                   § Case No. 16-81278
                                            §
                                            §
Debtor(s)                                   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $71,689.88              Assets Exempt: $21,737.00
(without deducting any secured claims)

Total Distribution to Claimants: $13,034.96    Claims Discharged
                                               Without Payment: $20,432.30

Total Expenses of Administration: $6,965.04
```

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 4,135.00 | 6,965.04 | 6,965.04 | 6,965.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 109,277.61 | 33,467.26 | 13,034.96 |
| **TOTAL DISBURSEMENTS** | $4,135.00 | $116,242.65 | $40,432.30 | $20,000.00 |

    4) This case was originally filed under Chapter 7 on May 25, 2016. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2017           By: /s/JOSEPH D. OLSEN
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3210 East State Street, #1, Rockford, IL 61108-0 | 1110-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 80.04 | 80.04 | 80.04 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 3,785.00 | 3,785.00 | 3,785.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,965.04** | **$6,965.04** | **$6,965.04** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Suncoast Credit Union | 7100-000 | N/A | 13,362.26 | 13,362.26 | 12,933.33 |
| 2 | Stillman BancCorp, N.A. | 7100-000 | N/A | 95,810.35 | 20,000.00 | 0.00 |
| 3 | Rockford Health Physicians | 7100-000 | N/A | 105.00 | 105.00 | 101.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $109,277.61 | $33,467.26 | $13,034.96 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-81278  
**Case Name:** JOHNSON, DONALD W.

**Period Ending:** 10/25/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 05/25/16 (f)  
**§341(a) Meeting Date:** 06/23/16  
**Claims Bar Date:** 10/13/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3210 East State Street, #1, Rockford, IL 61108-0 | 95,016.00 | 0.00 | | 20,000.00 | FA |
| 2 | 2021 Kilburn, Rockford, IL 61107-0000, Winnebago | 34,191.00 | 0.00 | | 0.00 | FA |
| 3 | 116 Warren, Rockford, IL 61108-0000, Winnebago C | 20,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Chase Bank | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | 1TV | 300.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and personal items | 400.00 | 0.00 | | 0.00 | FA |
| 8 | 38 Special 22 Automatic | 600.00 | 0.00 | | 0.00 | FA |
| 9 | Cuna Mutual Group CMFG - Whole Life Insurance Po | 223.88 | 0.00 | | 0.00 | FA |
| 10 | Pension: Interest in City of Rockford | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2010 Dodge Ram 1500, 87,000 miles. Entire proper | 8,475.00 | 0.00 | | 0.00 | FA |
| 12 | 1963 Chrysler Imperial, 110,000 miles. Entire pr | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | 1 Dog | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Assets     Totals (Excluding unknown values) | **$166,705.88** | **$0.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The only asset the Trustee is administering is the potential avoidable transfer of the Debtor's first mortgage on his residence. The title company has been notified, has procured an attorney and we are in settlement negotiations to resolve the matter. The Trustee is hopeful this will be resolved in the first half of 2017 otherwise and adversary complaint will be filed well before then to avoid the transfer.

**Initial Projected Date Of Final Report (TFR):**    September 30, 2017        **Current Projected Date Of Final Report (TFR):**    August 24, 2017  (Actual)

Printed: 10/25/2017 01:44 PM    V.13.30

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-81278  
**Case Name:** JOHNSON, DONALD W.  

**Taxpayer ID #:** \*\*-\*\*\*1918  
**Period Ending:** 10/25/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3566 - Checking Account  
**Blanket Bond:** $1,500,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/17 | {1} | Chicago Title Insurance Company | settlement per order to compromise | 1110-000 | 20,000.00 | | 20,000.00 |
| 09/25/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $80.04, Trustee Expenses;  Reference: | 2200-000 | | 80.04 | 19,919.96 |
| 09/25/17 | 102 | Joseph D Olsen | Dividend paid 100.00% on $3,785.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,785.00 | 16,134.96 |
| 09/25/17 | 103 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:<br>Voided on 09/25/17 | 2700-004 | | 350.00 | 15,784.96 |
| 09/25/17 | 103 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference:<br>Voided: check issued on 09/25/17 | 2700-004 | | -350.00 | 16,134.96 |
| 09/25/17 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,750.00, Trustee Compensation;  Reference: | 2100-000 | | 2,750.00 | 13,384.96 |
| 09/25/17 | 105 | Suncoast Credit Union | Dividend paid  96.78% on $13,362.26; Claim# 1; Filed: $13,362.26; Reference: | 7100-000 | | 12,933.33 | 451.63 |
| 09/25/17 | 106 | Rockford Health Physicians | Dividend paid  96.78% on $105.00; Claim# 3; Filed: $105.00; Reference: | 7100-000 | | 101.63 | 350.00 |
| 09/25/17 | 107 | Clerk of the United States Bankruptcy Court | | 2700-000 | | 350.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,000.00 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$20,000.00** | |

|  |  |
|---|---|
| Net Receipts : | 20,000.00 |
| Net Estate : | $20,000.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # \*\*\*\*\*\*3566** | 20,000.00 | 20,000.00 | 0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |

{} Asset reference(s)